UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:24-cv-21648-CMA

MARY REINHARD

    Plaintiff,

v.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES,

    Defendant.
_____/

## CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Defendant, CARNIVAL CORPORATION, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1(a) and this Court's Order [D.E. 13], herby files its Certificate of Interested Parties and Corporate Disclosure Statement as follows:

    1. Mary Reinhard, Plaintiff.

    2. Carnival Corporation, Defendant.

Defendant, CARNIVAL CORPORATION, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1 discloses that it is a publicly traded company whose common stock is listed on the New York Stock Exchange and there are no parent corporations or publicly held corporations that hold ten percent or more of its stock.

Dated: June 26, 2024

        Respectfully submitted,

        <u>/s/ Evan S, Gutwein</u>
        Jerry D. Hamilton
        Florida Bar No. 970700
        jhamilton@hamiltonmillerlaw.com
        Evan S. Gutwein
        Florida Bar No. 58741
        egutwein@hamiltonmillerlaw.com
        HAMILTON, MILLER & BIRTHISEL, LLP
        150 Southeast Second Avenue, Suite 1200
        Miami, Florida 33131-2332
        Telephone:   305-379-3686
        Facsimile:   305-379-3690
        ***Counsel for Defendant***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 26, 2024 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

        <u>/s/ Evan S. Gutwein</u>
        Evan S. Gutwein, Esq.

## SERVICE LIST

Hunter A. Hagood-James, Esq.
EService@HagoodHagood.com
Florida Bar No. 1020504
HAGOOD & HAGOOD, PLLC
250 N Orange Ave., Suite 1114
Orlando, Florida 32801
Telephone: (407) 414-3846
***Attorneys for Plaintiff,
Mary Reinhard***

Jerry D. Hamilton, Esq.
jhamilton@hamiltonmillerlaw.com
Evan S. Gutwein, Esq.
egutwein@hamiltonmillerlaw.com
jblom@hamiltonmillerlaw.com
jmendez@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131-2332
Telephone:   305-379-3686
Facsimile:   305-379-3690
***Counsel for Defendant, Carnival
Corporation d/b/a Carnival Cruise Lines***